**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6958**

MAURICE BERNARD STEWART, JR.,

Plaintiff - Appellant,

v.

MARYLAND DIVISION OF CORRECTIONS; WARDEN FRANK B. BISHOP, JR.; LIEUTENANT BRADLEY WILT; LIEUTENANT JANET PUFFENBARGER; SERGEANT NICHOLAS J. SOLTAS; NORMA J. HOLWAGER; DETECTIVE SERGEANT SCOTT PETERSON; MARK CARTER; OFFICER BEACHY; CO II JASON FRANTZ,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:15-cv-01287-JFM)

Submitted: May 28, 2021                    Decided: June 4, 2021

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Maurice Bernard Stewart, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Bernard Stewart, Jr., appeals the district court's order granting summary judgment to the Defendants in his 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we deny the pending motion and affirm for the reasons stated by the district court. *See Stewart v. Md. Div. of Corr.*, No. 1:15-cv-01287-JFM (D. Md. Feb. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*